UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DINESRX, LLC,

            Plaintiff,

  - against -

MEDISCA, INC.,

            Defendant.

20-cv-7438 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Clerk is directed to strike ECF No. 37. The conference scheduled for June 29, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
            June 24, 2022

                                            John G. Koeltl
                                       United States District Judge